AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 5 - 2 5 6__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __5__ COPIES OF AO FORM 85.

_____     _Danny P Randolph Jr_____
(Date forms issued)                (Signature of Party or their Representative)

_DANNY P RANDOLPH JR._____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action