AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

MICHAEL FEHRENBACHER, individually
and on behalf of all others similarly
situated,
         Plaintiff,
    V.
XYBERNAUT CORPORATION, EDWARD
G. NEWMAN, STEVEN A. NEWMAN,
M.D., AND THOMAS D. DAVIS
         Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-256

TO: (Name and address of Defendant)
Xybernaut Corporation c/o
Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Davis, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO           5-2-05

CLERK           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 6, 2005 | |
| NAME OF SERVER (PRINT) Danny P. Randolph, Jr. | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I personally served Xybernaut Corporation by serving its registered agent: Prentice-Hall Corporation Systems, Inc. at 2711 Centerville Road, Wilmington, DE 19808 at 12:15 p.m. The individual accepting service was Mary Drummond.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/6/05
                Date

Signature of Server: *Danny P Randolph Jr*

Address of Server: Chimicles + Tikellis LLP
One Rodney Square, Wilmington DE 19899

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.