Exhibit C

## SHEPHERD, FINKELMAN, MILLER & SHAH, LLC

*www.classactioncounsel.com*

———————— ■ ————————

PENNSYLVANIA

NEW JERSEY

FLORIDA

CONNECTICUT

## <u>SUMMARY OF FIRM QUALIFICATIONS</u>

The Law Firm of Shepherd, Finkelman, Miller & Shah, LLC ("SFMS" or "Firm") concentrates its practice in the areas of complex commercial litigation with a particular emphasis on consumer protection, securities and investment fraud, antitrust, contract, healthcare fraud, ERISA and employment class actions, as well as False Claim Act litigation. The Firm represents the State of Connecticut, privately held corporations, healthcare providers, institutional investors, including pension, health and welfare funds, and private individuals in complex litigation and related matters throughout the United States. The vast majority of the Firm's cases are handled on a contingent fee basis.

As reflected in the accompanying biographical histories, the lawyers at SFMS are an accomplished and diverse group with years of experience in complex commercial litigation. The Firm's attorneys all are alumni of larger law firms who have chosen the flexible, informal and cooperative atmosphere of a smaller firm while continuing to pursue a sophisticated and challenging practice nationally and, at times, internationally, on behalf of the Firm's clients. In light of the nature of the Firm's practice and in recognition of the skill, professionalism and hard work of the Firm's attorneys, SFMS and its attorneys have served as court-appointed lead counsel and class counsel in state and federal courts throughout the United States. In the cases in which SFMS has served as lead counsel, the Firm has been recognized for the quality of the representation it provides to its clients and for the excellent results that it has achieved.

35 E. STATE STREET
MEDIA, PA 19063
610/891-9880
FAX 610/891-9883

475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107
856/858-1770
FAX 856/858-7012

65 MAIN STREET
CHESTER, CT 06412
860/526-1100
FAX 860/526-1120

4400 NORTH FEDERAL HWY
LIGHTHOUSE POINT, FL 33064
954/943-9191
FAX 954/943-9173

## SFMS' PRIMARY AREAS OF PRACTICE

Although SFMS does not maintain formal departments, the Firm's attorneys generally devote their time and efforts to the following practice areas:

### Securities Fraud and Breaches of Fiduciary Duty

The Firm is actively involved in the litigation of individual and class action cases alleging securities fraud, breach of fiduciary duty, and shareholder derivative claims, on behalf of shareholders, health and welfare and pension funds, and professional investors. The Firm has played a substantial role in a number of these cases, including the following cases: *In re aai Pharma Derivative* Litigation (U.S.D.C., E.D.N.C.); *In re Adelphia Securities Litigation* (U.S.D.C., E.D.PA.); *In re AFC Enterprises Securities Litigation* (U.S.D.C., N.D.GA.); *Reardon v. Ameripath, Inc.* (Cir.Ct., Palm Beach Cty., FL); *D'Andrea v. CIGNA Securities, Inc.* (Sup. Ct., Camden Cty., N.J.); *Simons v. EMCOR Group, Inc.* (U.S.D.C., D.Conn.); *Smith v. Interstate Bakeries Corp.* (U.S.D.C., W.D.Mo.); *Burnetti v. Maxxim Medical,* (Cir.Ct., Pinellas Cty., FL.); *In re McKesson HBOC, Inc. Securities Litigation* (U.S.D.C., N.D.CA.); *In re Mercator Software Derivative Litigation* (Conn.Super); *In re Star Gas Securities Litigation* (D.Conn). In addition, SFMS regularly represents existing institutional and individual clients in significant proceedings before the National Association of Securities Dealers ("NASD")and the New York Stock Exchange ("NYSE") regarding securities fraud and unsuitable investments.

### Consumer Protection Claims

The Firm is actively involved in the prosecution of numerous consumer protection cases nationwide, in both state and federal courts. The Firm and its attorneys have had a leadership role representing consumers in many of these class action cases, including, for example: *LaRaia v. Rexall Sundown* (Cir. Ct., Palm Beach Cty., FL) (Co-Lead Counsel) (marketing and sale of dietary supplements); *Hurkes Harris Design Associates, Inc. v. Fujitsu Computer Products of America, Inc.* (Sup. Ct., Santa Clara Cty., CA) (Lead Counsel) (computer hard drives); *Cress v. Independence Blue Cross* (U.S.D.C., E.D. PA) (health plan subscribers recover 99% of their losses) (Lead Counsel); *Doh v. Sears, Roebuck & Co.* (Cir. Ct., Cook Cty., IL) (Co-Lead Counsel) (carpet cleaning service); *Stoddard v. Advanta National Bank* (Sup. Ct., New Castle Cty., DE) (Co-Lead Counsel) (credit card interest rates); *In re American Family Publishers Business Practices Litigation* (U.S.D.C., D. N.J.) (sweepstakes fraud); *Ferguson v. Columbia/HCA* (Cir. Ct., Washington Cty., TN) (hospital charges); *In re: Providian Financial Corp. Credit Card Terms Litigation* (U.S.D.C., E.D. PA) (credit card practices); *Chavers v. Fleet, (RI) N.A.* (Sup. Ct., R.I.) (credit card practices); *Perod v. McKenzie Check Advance* (U.S.D.C., E.D. PA) (Lead Counsel) (payday loans); *Morris v. Odimo.com* (Cir. Ct., Broward Cty., FL) (Lead Counsel) (grey market watch sales); *Fanelli v. Wal-Mart Stores, Inc.* (Sup. Ct., Gloucester Cty., N.J.) (Lead Counsel) (grey market watch sales); *Vega v. B.J.'s Wholesale Club, Inc.*, (C.C.P. Phila., PA) (Co-Lead Counsel) (grey market watch sales); *Troilo v. Oriental Trading Company*, (Dist. Ct., Douglas Cty, NE) (Lead Counsel) (catalog company charges). The

Firm also currently represents the State of Connecticut in four separate lawsuits pending in the Superior Court of Connecticut against pharmaceutical companies arising under the Connecticut Unfair Trade Practices Act ("CUTPA") alleging the manipulation of the average wholesale price ("AWP") of certain prescription drugs.

### Employee and Civil Rights

The Firm also specializes in employment and labor litigation on behalf of individuals and employers. Firm attorneys have worked on a diverse variety of employment cases, including cases involving race, gender and age discrimination, ERISA, breach of contract claims, and wage/hour claims. The Firm and its attorneys were Co-Lead Counsel in *Marks v. ACCU Personnel, Inc. et al.* (Sup. Ct., Camden Cty., N.J.), a successful employment discrimination action against a large temporary placement agency which was alleged to place minority employees in lower paying positions than Caucasian employees. The Firm was Lead Counsel in *Russell v. Howell* (U.S.D.C., E.D. TN), achieving a multi-million dollar ERISA recovery for class members where the price of their ESOP stock was alleged to have been driven down improperly by company management, and is Co-Lead Counsel in *Levine v. United Healthcare Corporation* (U.S.D.C., D.N.J.), in which insurance companies are alleged to have violated ERISA duties in the collection of subrogation liens.

The Firm represents a number of highly-compensated individuals in defamation and employment-based claims in proceedings before the NASD, NYSE and in state and federal courts throughout the United States. In these proceedings, attorneys in the Firm have recovered many millions of dollars for its clients. Finally, the Firm serves as national labor counsel for several select employers.

### False Claims

The Firm currently is handling a number of *qui tam* actions under the United States False Claims Act, particularly in health care related areas. Many of these cases, including several very large prosecutions, are "under seal" and therefore cannot be disclosed. Recent successfully concluded False Claims Act cases include *U.S. ex rel. Hutcherson v. Medshares, Inc.* (U.S.D.C., E.D.VA) (multi-million dollar settlement for over charges to Medicare against home healthcare provider); *U.S. ex rel. Brouder v. Polaroid Corp.* (U.S.D.C., D. Mass.) (multi-million dollar settlement for overcharges to federal government in sale of film); and *U.S. ex rel. Brookhart v. Integrated Health Services, Inc.* (U.S.D.C., S.D. Iowa) (overcharges to Medicare in the sale and leasing of durable medical equipment).

### Antitrust

We have addressed substantive antitrust and unfair trade issues relating to, among others, horizontal price agreements, market allocations, concerted refusals to deal, purchasing and selling arrangements, monopolization, covenants not to compete, price-fixing and tying

-3-

arrangements. Our attorneys have represented corporations and individuals in antitrust cases involving local and regional markets in the United States. The Firm's attorneys have particular experience representing businesses in actions alleging price discrimination under the Robinson-Patman Act, including successful trials to jury verdict.

The Firm has served in leadership and other roles in the litigation of a number of plaintiffs' class action antitrust cases, most recently including *Illovo Sugar Limited v. Stolt-Nielsen SA* (U.S.D.C., D.Conn.)(parcel tanker shipping); *Vaughn v. 3M Company* (Cir. Ct., Palm Beach Cty., FL) (Lead Counsel) (monopolistic practices in adhesive tape market); *Luppino v. Visa U.S.A., Inc.* (Cir. Ct., Palm Beach Cty., FL) (Lead Counsel) (monopolistic practices in credit card market) and *In re Compact Disk Antitrust Litigation* (U.S.D.C., C.D. Ca.) (Co-Lead Counsel) (price fixing).

### Insurance Practices

The Firm currently is handling numerous actions against insurance companies concerning marketing practices, settlement and payment practices, and calculation of benefits. The Firm has a substantial role in a number of these cases, including the following cases: *Lerose v. Stewart Title, Inc.* (Cir. Ct., Jackson Cty., MO) (Lead Counsel) (title insurance charges); *Blass v. Fidelity National Title Insurance Company* (Sup. Ct. Gloucester Cty., N.J.) (Lead Counsel) (title insurance charges); *Penn v. Liberty Mutual Insurance Group, et al.*(Sup. Ct., Essex Cty., N.J.) (Lead Counsel) (automobile insurance loss adjustment practices); *In Re Nepomuceno and Related Cases v. Knights of Columbus* (U.S.D.C., N.D. IL) (vanishing premium insurance policies); *Rudin v. Monumental Life Insurance Co.*(Cir. Ct., Kenton Cty., KY) (failure to honor burial insurance policies); *Lane v. Chicago Title Corporation* (Cir. Ct., Cook Cty., IL) (title insurance charges).

### Corporate Contingent Fee Litigation

Increasingly, the Firm has been retained to handle litigation for corporate plaintiffs on a contingent fee basis. We have found that while corporate counsel tend to be reluctant to deviate from tried and true hourly billing procedures, and unaccustomed to working with a "plaintiff's firm," a contingent fee structure ensures the proper incentives and often works to further the corporation's interests. Although certain issues can arise in these commercial lawsuits that present difficulties in the calculation of a percentage-based attorneys' fee (*e.g.*, handling of counterclaims, the value of injunctive relief or licensing rights), we thus far always have been able to create satisfactory arrangements that are fair to everyone.

In one recent example of the contingent fee structure fitting a corporation's circumstances, the Firm was retained by a major consumer products company on a contingent fee basis to handle patent/trademark litigation against distributors and sellers of "knock off" products. This was an area in which the client historically had been content to obtain seizures of products and injunctions, and was reluctant to initiate damages actions because of the expense and uncertain outcome. The Firm was able to obtain a sizeable recovery, collect revenue that the company otherwise would have foregone, and at the same time help solidify and even enhance the client's reputation for aggressively protecting its trademark and products.

-4-

## THE FIRM'S ATTORNEYS

In addition to our professional staff of paralegals, legal assistants and other support staff, as well as the contract attorneys, investigators, economists, accountants and other experts that SFMS regularly engages to assist it in representing the Firm's clients, the following attorneys currently practice with the Firm:

**Scott R. Shepherd** is admitted to practice law in the state courts of Pennsylvania, Illinois and Florida, as well as in the United States District Courts for the Eastern District of Pennsylvania, the Northern District of Illinois, and the Southern and Middle Districts of Florida, the United States Courts of Appeals for the Third, Fourth, Seventh and Eleventh Circuits, and the United States Supreme Court. In addition to these courts and jurisdictions, Scott has worked on cases with local counsel throughout the country. Scott earned his undergraduate degree *summa cum laude* from Westminster College in New Wilmington, Pennsylvania and his law degree from the University of Chicago Law School. Scott began his law practice in 1985 in Chicago, representing defendants in class action, securities and products liability litigation with one of the largest law firms in the country. Returning to Pennsylvania in 1989, Scott worked with a large Philadelphia corporate and defense law firm. After he "switched sides," he became a partner at Greenfield & Rifkin LLP, a well known class action firm, before he started his own firm in 1998.

Scott's practice is concentrated on the prosecution of consumer class actions, False Claims Act cases and securities class actions. Scott is also experienced in handling antitrust, employment and other complex commercial matters. Among Scott's current (or very recent) cases, he serves as class counsel in a number of class actions pending throughout the country. For instance, he is presently co-lead counsel in cases in Florida state court alleging that Rexall Sundown's marketing of dietary supplements violated consumer fraud acts, and in which Judge Lewis in West Palm Beach recently approved a $16 million settlement. Scott recently served as lead counsel in *Cress et al. v. Independence Blue Cross*, in which Judge Rendell of the United States District Court for the Eastern District of Pennsylvania approved a multi-million dollar settlement which resulted in a recovery by health plan subscribers of over 99% of their out-of-pocket losses. Scott is also co-lead counsel in the Delaware Superior Court case of *Stoddard v. Advanta*, a consumer class action against one of the nation's largest credit card issuers, in which Judge Bifferato recently approved a settlement worth in excess of $10 million, including cash refunds to Advanta cardholders and a decrease in the interest rates on Advanta cards. Scott is also co-lead counsel with James E. Miller in *Hurkes Harris Design Associates, Inc. v. Fujitsu, Inc.*, in which the Superior Court of California recently approved a settlement of $42.5 million in damages.

Scott is also involved in many class actions in the health and life insurance industries. He has represented, and currently represents, policyholders in several cases alleging deceptive sales and marketing practices in connection with "vanishing premium" life insurance policies. He also recently represented a group of 50 retirees in an action against CIGNA Corp., alleging that the retirees were induced to invest lump sum retirement benefits in speculative inappropriate securities. Finally, Scott represents "whistleblowers" in cases brought under the United States False Claims Act, particularly in the Home Healthcare and Durable Medical Equipment industries. Scott recently authored a widely published article on the Act's application in the context of Medicare and Medicaid fraud. Among his many False Claims Act cases, Scott is currently leading cases in Tennessee, Massachusetts, Virginia, Texas and Iowa.

In addition to his class action practice, Scott has also handled a number of significant *pro bono* matters. He has represented clients in a number of political rights cases, including political asylum and voting rights actions. He has also handled numerous criminal appeals, including death penalty cases. Scott is a member of the Association of Trial Lawyers of America, the American Health Lawyers Association, and the Palm Beach County, Florida and Delaware County, Pennsylvania Bar Associations. He divides his time between the Firm's Pennsylvania and Florida offices.

**Natalie Finkelman Bennett** is admitted to practice law in the state courts of Pennsylvania and New Jersey, as well as in the United States District Courts for the Eastern District of Pennsylvania and District of New Jersey, and in the United States Court of Appeals for the Third Circuit. In addition to these courts and jurisdictions, Natalie works on cases with local counsel throughout the country.

Natalie earned her undergraduate degree *magna cum laude* from the Pennsylvania State University in 1986 and was elected a member of Phi Beta Kappa Honor Society. Natalie earned her law degree *magna cum laude* from the Temple University School of Law in 1989. She acted as Managing Editor of the Temple Law Review. After clerking for Chief Judge Farnan in the United States District Court for the District of Delaware, Natalie began at the law firm of Schnader Harrison Segal & Lewis in late 1990. She practiced in many areas of complex commercial litigation, specifically including product liability, insurance coverage and defense, antitrust, contract and commercial lease areas.

In 1996, Natalie became an associate at the law firm of Mager Liebenberg & White, a well known class action firm, where her practice was concentrated in antitrust and consumer protection class action litigation. In 1998, Natalie became a Partner in the law firm of Liebenberg & White, concentrating in antitrust, civil rights, and consumer protection litigation.

Natalie's current practice is concentrated in the prosecution of consumer class actions (with an emphasis on financial services industry cases, payday lender cases, and insurance industry cases). Natalie represents consumers against mortgage lenders (challenging practice of charging mortgagees for prepaying the loan in violation of the parties' contract); credit card companies (challenging the imposition of improper add-on fees for such products as credit protection); and payday lenders (challenging the imposition of usurious interest rates without the proper disclosures). Natalie participated in a panel on Consumer Class Actions: How to Challenge Business Misconduct, on June 2-4, 2000. She authored "Practical Advice about MDL Practice and Procedures," Consumer Advocate, Volume 6, Issue 3, May/June 2000.

Natalie is also involved in many class actions in the health, life and property insurance industries. She has represented, and currently represents, policyholders in several cases alleging deceptive sales and marketing practices in connection with life or mortgage insurance policies. In addition, Natalie represents "whistleblowers" in cases brought under the United States False Claims Act. Natalie is also involved in prosecuting actions on behalf of physicians and authored "Y2K Creates Liability Minefield," Managed Healthcare News, May 1999.

Natalie also devotes a substantial portion of her practice to antitrust class action litigation and has represented plaintiffs and defendants in numerous court treble damages actions throughout the country. Natalie is a member of the American Bar Association, Pennsylvania Bar

Association, Philadelphia Bar Association and the National Association of Consumer Advocates. She is also a former member of the Pennsylvania Bar Association Commission on Women in the Profession and the Temple American Inn of Court. She resides in Wallingford, Pennsylvania with her family.

**James E. Miller** is admitted to practice law in the state courts of Connecticut, Pennsylvania and New Jersey, as well as in the United States District Courts for the District of Connecticut, Eastern District of Pennsylvania, District of New Jersey, the United States Court of Appeals for the Third Circuit and the United States Supreme Court. In addition to these courts and jurisdictions, Jim has worked on cases with local counsel throughout the country.

Jim earned his undergraduate degree from Cornell University (B.S. 1988) and his law degree from the University of Pennsylvania School of Law (J.D. 1991). While at Penn Law School, he was awarded the Edwin R. Keedy Cup and was Editor of the Comparative Labor Law Journal. Following graduation, he served as Law Clerk to the Honorable Daniel H. Huyett, 3rd, United States District Judge for the Eastern District of Pennsylvania.

Jim began his law practice in 1992 at Pelino & Lentz, P.C. in Philadelphia, Pennsylvania and began concentrating his practice in labor and employment litigation, as well as other complex commercial litigation. He practiced at Pelino & Lentz until 2000 and was named a partner at the firm during his tenure. In addition to representing major corporations in commercial and employment litigation and collective bargaining negotiations, at Pelino & Lentz, Jim developed an extensive practice representing plaintiffs in employment discrimination litigation and securities industry professionals in U-5 defamation cases. In those cases, he was successful in obtaining a number of multi-million dollar recoveries, including jury verdicts and arbitration awards.

After relocating to Connecticut with his family in 2000, Jim became a member of a class action law firm with offices in Connecticut and Pennsylvania. At that firm, he concentrated his practice in civil rights/employment and other complex class action litigation, including securities, consumer and antitrust litigation. In addition to serving in a lead role in several consumer and securities class actions, he also represented both institutional and individual investors in major unsuitable trading and churning cases.

In 2002, Jim joined the Firm to open its office in Hartford, Connecticut. Jim's practice is concentrated on the prosecution of significant employment and defamation cases, securities class actions (on behalf of defrauded shareholders of publicly-traded companies), consumer class actions, and unsuitable trading/churning cases. He also has significant experience in handling antitrust and other complex commercial matters, as well as representing plaintiffs in NASD and NYSE arbitrations. Finally, Jim serves as labor counsel for certain corporate clients of the Firm.

Jim is a member of the National Association of Securities and Consumer Law Attorneys, National Employment Lawyers Association, the American Bar Association, the Connecticut Bar Association, the New Jersey Bar Association, the Pennsylvania Bar Association and the National Association of Securities and Consumer Attorneys. He resides with his family in Chester, Connecticut and is active in community, political and charitable activities.

**James C. Shah** is admitted to practice law in the state courts of Pennsylvania and New Jersey, as well as in the United States District Court for the Eastern District of Pennsylvania and United States District Court for New Jersey. In addition to these courts and jurisdictions, he has also worked on cases with local counsel throughout the country.

James earned his Bachelor of Arts Degree in Political Science from the University of Oregon and his law degree from Temple University School of Law. James was a member of Temple's nationally acclaimed Trial Team and also participated on Moot Court. Before joining the Firm, James practiced as a litigator in Philadelphia with Pelino & Lentz, P.C., where he concentrated his practice on employment and labor law, securities disputes and general commercial litigation.

James is involved in all aspects of class action litigation including, among others, securities fraud, shareholder derivative actions, consumer fraud, products liability and antitrust. In addition to class actions, James also handles cases on behalf of individual investors who have lost money in their savings accounts and individual retirement accounts (IRAs) as a result of unauthorized or unsuitable trading by their brokers. These cases are typically arbitrated before the NASD and NYSE. James has successfully litigated cases in both forums.

James has been a member of the Association of Trial Lawyers of America and Philadelphia County Bar Associations. He resides in Collingswood, New Jersey with his family and is actively involved in the community in Southern New Jersey.

**Patrick A. Klingman** is Of Counsel to the Firm. Patrick is admitted to practice law in the state courts of Connecticut, New York and the District of Columbia, as well as the United States District Courts for the District of Connecticut, the Eastern, Southern, and Western Districts of New York, and the District of Columbia. In addition to these courts and jurisdictions, Patrick regularly works on cases throughout the country.

Patrick earned his undergraduate degree from Villanova University (B.A. 1987), and his law degree *cum laude* from Syracuse University College of Law in 1990. While at Syracuse, he also earned his master's degree in international relations from the Maxwell School of Citizenship and Public Affairs (M.A. 1990). Patrick also served as the Lead Article Editor for the Syracuse Journal of International Law and Commerce.

From 1990 through 1997, Patrick practiced at the Washington, D.C. law offices of Graham & James, L.L.P. and a predecessor firm, where he worked on a wide variety of complex litigation matters, ranging from aviation-related mass torts to intellectual property disputes, as well as other commercial litigation matters.

In 1997, Patrick moved with his family to Connecticut and joined a Hartford firm. Following this move, he continued his commercial litigation practice in actions as varied as defending a Hartford-based hospital in a contractual dispute in federal court to representing a dairy producer in a copyright action. In 2000, Patrick joined another class action firm based in Connecticut and began to focus on representing plaintiffs in securities, consumer fraud and antitrust litigation. In 2004, Patrick joined the Firm's Connecticut office, where he continues to represent plaintiffs in a variety of transactions while also representing the Firm's corporate and institutional clients in other commercial litigation.

Patrick is a member of the Connecticut Bar Association, the New York State Bar Association, the District of Columbia Bar Association, and the Hartford County Bar Association. He resides in West Hartford, Connecticut with his family and is active in community affairs.

**Laurie Rubinow** is Of Counsel to the Firm. Laurie is admitted to practice law in the state courts of Connecticut and Pennsylvania. In addition, Laurie has worked on cases with local counsel throughout the country.

Laurie earned her undergraduate degree from the University of California at Berkeley (B.A. 1980), where she was Phi Beta Kappa and graduated Summa Cum Laude, and earned her law degree from Temple University School of Law (J.D. 1984). She also completed certain of her undergraduate studies at McGill University and, while at Temple Law School, she served as a legal intern with the United States Attorney's Office, the Public Defender's Office, the Pennsylvania Attorney General's Office and for United States Magistrate Judge Powers. In addition, Laurie has received a Certificate in Negotiation, Mediation and Conflict Resolution from the Seton Hall University School of Law.

Laurie has a diverse legal background, having worked in private practice as an associate at a law firm and as a solo practitioner for approximately five years before beginning a career as an in-house attorney at a nationally recognized insurance company where she worked for approximately eleven years rising to the position of National Manager, where she was responsible for the management of five regional field offices responsible for defending complex insurance related litigation, including toxic tort and environmental actions. She also has served as an Adjunct Professor in the Department of Sociology at Central Connecticut State University. Laurie joined the Firm's Connecticut office in 2005, where she represents plaintiffs in a variety of consumer, securities and insurance litigation. Laurie also is actively involved in the Firm's representation of the State of Connecticut in four complex cases against six different pharmaceutical manufacturers.

Laurie is a member of the Connecticut Bar Association. She resides in Chester, Connecticut with her family and is active in community affairs.

**Stephen M. Donweber** is Of Counsel to the Firm. Steve is admitted to practice law in the state courts of Pennsylvania and New Jersey, as well as in the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, District of New Jersey, and the United States Court of Appeals for the Third Circuit. In addition to these courts and jurisdictions, Steve has worked on cases with local counsel throughout the country.

Steve earned his undergraduate degree from Cornell University (A.B. 1989) and his law degree from the Villanova University School of Law (J.D. *cum laude* 1993). While at Villanova Law School, Steve served as Managing Editor of Articles for the Villanova Law Review, was awarded the Law Review Distinguished Service Award, and had his case note, *NLRB v. New Jersey Bell*: The Current Scope of Weingarten Rights in the Third Circuit, published at 37 Vill. L. Rev. 1139 (1992). In addition, Steve was a member of the Order of the Coif, as well as Phi Kappa Phi Honor Society.

In 1993, directly after law school, Steve joined the law firm of Saul Ewing LLP in Philadelphia, Pennsylvania. In his ten years at Saul Ewing, Steve concentrated his practice in

complex commercial litigation, with particular emphasis on litigation regarding fundamental corporate transactions, complex bankruptcy litigation, and antitrust cases.

Steve is a member of the Philadelphia, Pennsylvania, and American Bar Associations. He and his wife reside in Philadelphia, Pennsylvania.

**Gary Kostow** is Of Counsel to the Firm. Gary earned his Juris Doctor from the Illinois Institute of Technology, Chicago-Kent College of Law in May, 1973, where he served as Editor-in Chief of the Chicago-Kent Law Review and graduated "with distinction." Following graduation, Gary served a one-year judicial clerkship with the Honorable John J. Sullivan of the Illinois Appellate Court. After his clerkship, Gary joined the Chicago firm of Clausen, Miller, where he became a partner and member of the managing board of directors within four years.

Gary has been admitted to practice in Illinois since 1973, and is also admitted to practice before the United States District Court for the Northern District of Illinois, other federal district courts and the Seventh Circuit Court of Appeals, and is a member of the Federal Trial Bar. Throughout his career, Gary's practice has represented a wide variety of clients, including closely-held and publicly-owned corporations, physicians, hospitals and other health care providers (in medical malpractice claims), condominium associations, architects and engineers. Beginning in 1983, Gary expanded his practice and began representing attorneys and law firms in defense of legal malpractice claims.

Over Gary's career, he has been retained on a number of notable engagements. For instance, for many years, he represented intellectual property firms in significant legal malpractice claims. He was one of two attorneys in the United States hired by the leading underwriter of patent firms to monitor and consult on pending patent related malpractice cases, and recently, this same underwriter retained him to review a pending claim against a prominent intellectual property firm where a claim of $27 million was being made. He was retained to represent a national law firm before the Honorable Thomas Penfield Jackson, in Washington, D.C. in a multi-million dollar claim brought by a failed government contractor. Gary represented banks such as LaSalle National Bank, Melrose National Bank, and Merchandise National Bank in a variety of matters ranging from Uniform Commercial Code claims, forged instrument claims, inter-bank disputes and customer work-out matters.

Gary also successfully tried an $11 million claim for lost management fees and commissions made by a prominent Philadelphia real estate concern before former Judge Paul Dorf in Baltimore, Maryland. In 1997, Gary was appointed by Judge Lee of the United States District Court in Fort Wayne, Indiana to mediate a $40 million securities fraud claim involving the sale of interest in communication satellite slots owned by the Kingdom of Tonga.

In 1992, Gary and Henry Daar founded the Chicago-based law firm of Kostow & Daar, P.C., which became a national litigation firm handling such matters as the Meridian Bank building fire case pending in New York City (involving a claim of $450 million); the Alcoa and PPG property environmental coverage litigation (involving multi-billion dollar claims); the All-Alaskan vessel loss (involving a potential claim of $125 million); the Global Gaming and IGT patent infringement claim ($30 million); and a number of substantial property damage, time element, and sick building claims on behalf of such companies as Allied Signal, Cytec, American Airline, and Kohler. Additionally, Gary represented contractors, design professionals and others in

-10-

a variety of claims. Gary retired from the Kostow & Daar firm in 1997.

Over the past ten years, Gary has become actively involved in the class action bar, successfully prosecuting separate national class action antitrust cases against Bayer A.G., Miles, Inc., Dial Corp., and S.C. Johnson & Son. Gary has practiced with the Firm since 2003 and offers a unique perspective, drawn from thirty years of experience litigating complex cases.

**Douglas P. Dehler** is Of Counsel to the firm. He is admitted to practice law in the state courts of Wisconsin, as well as the District Courts for the Eastern District of Wisconsin and the Western District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit. In addition to these courts, Doug has worked on cases with local counsel throughout the country.

Doug received his undergraduate degree from Washington University (B.S.B.A cum laude 1987) in St. Louis, Missouri, and his law degree from the University of Wisconsin Law School (J.D. cum laude 1991) in Madison, Wisconsin. Upon graduating from law school, Doug joined the law firm of Michael, Best & Friedrich, LLP, in Milwaukee, Wisconsin, where he concentrated his practice on commercial and insurance litigation. In 1998, Doug became a partner with Michael, Best & Friedrich, LLP, and served as the chair of the firm's Insurance and Risk Management Focus Group.

Doug left the law firm in 2002 to take an in-house counsel position with Fortis Insurance Company, a national health insurance company with its corporate headquarters in Milwaukee, Wisconsin. While at Fortis Insurance Company, Doug was Vice President - Legal Risk Management, responsible for supervising a staff of in-house attorneys, paralegals and local attorneys around the country. These attorneys defended and prosecuted lawsuits on behalf of Fortis Insurance Company throughout the nation, and Doug was responsible for reporting to the company president and other senior management regarding the outcome of these lawsuits. In addition to his litigation responsibilities, Doug advised senior management regarding risk management and operational issues arising in the claims and underwriting units of the company.

Doug left Fortis Insurance Company in 2004 to return to private practice. He now focuses his practice on representing consumers and policyholders in class action lawsuits in Wisconsin and throughout the country. In addition, his practice includes bringing bad faith claims and coverage lawsuits against health and disability insurance companies that have wrongfully denied benefits. Doug also handles a number of other commercial and personal injury lawsuits.

Doug is a member of the Association of Trial Lawyers of America, the State Bar of Wisconsin and the Milwaukee Bar Association. He makes his home in Wauwatosa, Wisconsin, where he lives with his two children.

**Paul M. Rettinger** is Of Counsel to the Firm. Paul is admitted to practice in the state courts of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. Paul earned his undergraduate degree from the University of Pittsburgh, and did graduate studies in biology and chemistry at the Pennsylvania State University and the University of Pennsylvania. Paul graduated *cum laude* from the Temple University School of Law in 1996, where he was a member of the Environmental Law Council and the Environmental Law and Technology Journal.

Before entering law school, Paul worked in biomedical research at the Transplant Laboratory of the University of Pittsburgh School of Medicine, and at the Cerebrovascular Research Center of the University of Pennsylvania. After graduation, Paul served for five years as Assistant Counsel to the Pennsylvania Department of Environmental Protection (DEP), primarily in major Superfund litigation. After leaving the DEP, Paul worked as a consultant to the insurance industry, providing training for professional certification examinations for liability underwriters.

Paul is co-author of "EEG Spectroanalysis of Acute Focal Ischemia Under Halothane Anesthesia Using Glutamate Antagonist MK-801," published in the Klinikai Kislerleti Kutato es II, Elettani Intezet, SOTE, June 1990; and "Private Rights of Action Under State Unfair Claims Settlement Practices Acts," published in the Journal of Insurance Regulation, Spring 1998, v. 16. He resides with his family in Chadds Ford, Pennsylvania.

**Tali Joan Segal** is Of Counsel to the Firm. Tali earned her undergraduate degree from Emory University (B.A. 1982), where she was elected a member of Phi Beta Kappa Honor Society and where she served as an award-winning editor-in-chief of the university newspaper, *The Emory Wheel.* She also served as an assistant to former President Jimmy Carter while at Emory. Tali earned her law degree from the National Law Center, George Washington University (J.D. 1986), following which, she served an administrative law clerkship with the Honorable Ralph A. Romano of the U.S. Department of Labor.

After her clerkship, Tali practiced as a commercial litigator and corporate transactional lawyer with the Philadelphia firms of Markowitz & Meo, P.C. (later Markowitz, Meo, Silberman & Raslavitch, P.C.) and Rawle & Henderson. She also established and was the managing attorney of Markovitz & Meo's New Jersey office. Tali concentrated her practice in complex and general commercial, business and civil litigation, including construction law and bankruptcy law, and also served as an arbitrator for the Philadelphia Court of Common Pleas. Tali is admitted to practice law in Pennsylvania and in the United States District Court for the Eastern District of Pennsylvania and works on cases with local counsel throughout the country.

Tali began her involvement in the class action bar in 1995. She has been involved in securities fraud class actions (on behalf of defrauded shareholders of publicly-traded companies), consumer fraud class actions, unsuitable trading/churning cases and antitrust matters. Over the past year, she has been extensively involved in the Average Wholesale Price (AWP) drug industry multidistrict litigation. Tali resides in Fort Washington, Pennsylvania with her family and is involved in many community activities.

**Karen M. Leser** is an Associate in the firm. She is admitted to practice law in the state courts of Connecticut and California, as well as in the United States District Court for the District of Connecticut. She is also registered to practice before the United States Patent and Trademark Office. In addition to these courts and jurisdictions, Karen works on cases nationwide. Karen earned her Bachelor of Science Degree in Civil Engineering from the University of Maryland at College Park (B.S. 1997) and her law degree from Quinnipiac University School of Law (J.D. 2001).

Before joining the Firm, Karen practiced law in Connecticut and California, where she concentrated her practice on securities, antitrust, consumer class action and intellectual property

litigation. In 2005, Karen joined the Firm's office based in Chester, Connecticut where she continues to represent plaintiffs in complex litigation. Karen is a member of the American Bar Association, Connecticut Bar Association, California Bar Association, American Intellectual Property Law Association and Connecticut Trial Lawyers Association. She resides in Madison, Connecticut and is active in her community.

# SCHATZ & NOBEL, P.C.

### ATTORNEYS AT LAW

One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Phone: (860) 493-6292
Fax: (860) 493-6290

Email: firm@snlaw.net
Web Site: SNLAW.net

## RESUME OF SCHATZ & NOBEL, P.C.

Schatz & Nobel, P.C. is one of the premier firms engaged in class action litigation on behalf of investors alleging misrepresentations in connection with the purchase or sale of securities. We are currently lead or primary counsel in many large securities or ERISA class actions, including cases against AT&T, AOL Time Warner, JDS Uniphase, Cable & Wireless, Merck, Sprint, and Tyco International. In the securities fraud class action against Campbell Soup Company, we represented the pension funds of the State of Connecticut as lead plaintiff. We recently settled the securities fraud class action on behalf of investors in Smallworldwide plc, for over 85% of the total losses claimed by class members.

Schatz & Nobel, P.C. has been formally appointed by many courts as lead counsel or co-lead counsel for investors in securities class actions, including Papanikolaou v. Value-Added Communications, et al., No. 3-95CV0346-H (N.D. Tex.), Gorga v. Uniroyal Chemical Corporation et al., No. CV-96-0132014-S (Conn. Super.); David v. Simware, Inc. et al. No. 96/602143 (N.Y. Sup.), Butler et al. v. Northstar Health Services, Inc. et al., No. 96-701 (W.D. Pa.), Allen, et al v. Johansson, et al., 397CV02172 (RNC) (D. Conn.), Feiner v. SS&C Technologies, Inc. et al., 397CV0656 (D. Conn.), Berti, et al. v. Videolan Technologies, Inc., et al., No.3:97CV296H (W.D. Ky.), Ganino, et al v. Citizens Utilities Company, et al, No. 398CV00480 (JBA) (D.

Conn.), Bunting, et al v. HealthCor Holdings, Inc., et al., No. 398CV0744-D (N.D. Tex.), Hirsch, et al. v. PSS World Medical, Inc., et al., No. 98 502 Civ. J20A (M.D. Fla.), Kenneth Blau, et al v. Douglas Murphy, et al, No. H 99 0535 (S.D. Tex.), Angres v. Smallworldwide plc, No. 99-K-1254 (D. Colo.), In re Complete Management, Inc. Sec. Litig., No. 99 Civ. 1454 (S.D.N.Y.), Allain Roy v. dElia*s, Inc., et al., No. 99 Civ. 3951 (JES) (S.D.N.Y.), Russo, et al v. KTI, Inc., et al., No. 99-1780 (JAG) (D.N.J.); Laborers Local 1298 Pension Fund v. Campbell Soup Company, et al., No. 00-152 (JEI) (D.N.J.); Hart v. Internet Wire, et al., No. 00 Civ. 6571 (S.D.N.Y.), Ottmann v. Hanger Orthopedic Group, Inc., et al.,  Civil Action No. AW 00CV3508 (D. Md.), In re PolyMedica Corp. Sec. Litig., No. 00-12426-REK (D. Mass.), Karl L. Kapps, et al. v. Torch Offshore, Inc., et al., Case No. 02-CV-0582 (E.D. La), In re Cable and Wireless, PLC, Securities Litigation, Civil Action No. 02-1860 (E.D. Va), In re Alloy, Inc. Securities Litigation, Case No. 03-CV-1597 (S.D.N.Y.), In re Surebeam Corporation Securities Litigation, Case No. 03-CV-1721 (S.D. Cal); In re Primus Telecommunications Group, Inc. Securities Litigation, Master Case No. 04-970-A (E.D. Va.); In re Netopia Securities Litigation, Case No. C 04-3364 (N.D. Cal); and Malasky v. IAC/InterActive Corp., et al., Case No. 04-CV-7447 (S.D.N.Y.).

We have also been responsible for many important decisions which have advanced the cause of shareholder protection through the federal securities laws, including in Ganino, et al v. Citizens Utilities Company, et al, 228 F.3d 154 (2d Cir. 2000), In re Campbell Soup Securities Litigation, 145 F. Supp.2d 574 (D.N.J. 2001), In re Complete Management, Inc. Sec. Litig., 153 F.Supp. 2d 314 (S.D.N.Y. 2001), Angres v. Smallworldwide, plc, 94 F. Supp.2d 1167 (D. Colo. 2000), and Feiner v.S&C Technologies, Inc., 47 F. Supp.2d 250 (D. Conn. 1999).

In ERISA cases, Schatz & Nobel has been formally appointed as co-lead counsel in <u>Overby v. Tyco International, Ltd.</u>, No. 02-CV-1357-B (D.N.H.); <u>Furstenau v. AT&T</u>, Case No. 02 CV 8853 (D.N.J.); <u>In re Reliant Energy ERISA Litigation.</u>, No. H-02-2051 (S.D. Tex.); <u>In re AOL Time Warner, Inc. Securities and ERISA Litigation</u>, MDL Docket No. 1500 (S.D.N.Y.); <u>In re AEP ERISA Litigation</u>, Case No. C2-03-67 (S.D.Ohio); <u>Pettit v. JDS Uniphase Corporation</u>, Civil Action No. 03-4743-CW (N.D.Cal.); <u>In re Sprint Corporation ERISA Litigation</u>, Master File No. 2:03-cv-02202-JWL (D.Kan.); <u>In re Cardinal Health, Inc. ERISA Litigation</u>, Case No. C 2-04-642 (S.D.Ohio); <u>Spear v. Hartford Fin. Svcs Group. Inc.</u>, No. 04-1790 (D.Conn.); and <u>In re Merck & Co., Inc. Securities, Derivative and ERISA Litigation</u>, MDL No. 1658 (D.N.J.); and to the Steering Committee in <u>Tittle v. Enron Corp.</u>, No. H-01-3913 (S.D. Tex.); <u>In re Electronic Data Systems ERISA Litigation</u>, 3:02-cv-1323 (E.D.Tex.); and <u>In re Marsh ERISA Litigation</u>, Master File No. 04 cv 8157 (S.D.N.Y.).  We are also responsible for the seminal decision in <u>Vivien v. Worldcom</u>, Civil Action No. 2-01329 (N.D.Cal.) in which the Court in denying a motion to dismiss affirmed the legal theory upon which these cases are based.

PARTNERS

<u>Andrew M. Schatz</u> is a graduate of Cornell University, with honors, and graduated from  Harvard Law School (J.D., *cum laude*) in 1976.  Mr. Schatz joined the Chicago firm now known as Sachnoff & Weaver, and he became a partner of that firm in 1979. While at Sachnoff & Weaver, Mr. Schatz primarily handled plaintiffs class action litigation and was involved in the prosecution of major securities class actions, including cases against Equity Funding Corp. of America and the Washington Public Power Supply System.

In 1987, Mr. Schatz joined Schatz & Schatz, Ribicoff & Kotkin in Hartford, Connecticut, where he headed that firm's corporate and securities litigation practice. While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Schatz represented publicly-held corporations and their directors and officers as defendants in securities class actions, including North American Holding Corporation, Gateway Financial Corporation, Ames Department Stores and All For A Dollar.

Mr. Schatz is a member of the Securities Advisory Council to the Connecticut Department of Banking, a member of the Connecticut and American Bar Associations and a speaker on panels relating to the duties of directors of publicly held corporations.

Jeffrey S. Nobel graduated from Albany Law School in 1989, where he was Associate Editor of its Law Review. Following his graduation from law school, Mr. Nobel joined Schatz & Schatz, Ribicoff & Kotkin. While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Nobel represented the officer defendants in the Ames Department Stores class actions and also represented corporations and their officers and directors in other federal securities fraud litigation.

Robert A. Izard, Jr., former chair of the Commercial and Business Litigation Committee of the Litigation Section of the American Bar Association, received his B.A. from Yale University and his J.D., with honors, from Emory University, where he was elected to the Order of the Coif, and was an editor of the *Emory Law Journal*. From 1987 until 2001, Mr. Izard practiced law with the firm of Robinson & Cole, primarily in the areas of securities and corporate litigation, representing issuers, brokers, law firms and underwriters in a wide range of actions under both federal and state securities laws and RICO, as well as representing shareholders and directors in proxy contests and intracorporate disputes. He has also represented clients in investigations and

enforcement actions by the Securities and Exchange Commission and the State of Connecticut Department of Banking, and in various arbitration and disciplinary actions.

Mr. Izard has substantial jury and nonjury trial experience, including a seven-month jury trial in federal district court. He is experienced in various forms of alternative dispute resolution, including mediation and arbitration, and is also a Distinguished Neutral for the CPR Institute for Dispute Resolution. Mr. Izard is the author of *Lawyers and Lawsuits: A Guide to Litigation* published by Simon and Schuster.

## COUNSEL

Barbara F. Wolf graduated from the University of Chicago with a B.A. with honors in Economics, and from Northwestern Law School in 1979, where she was a member of the Law Review. Formerly a partner at Sachnoff & Weaver in Chicago, Illinois, Ms. Wolf is experienced in antitrust, securities and other complex litigation.

Mark P. Kindall is a 1988 graduate of the University of California at Berkeley"s Boalt Hall School of Law, where he served as Book Review Editor of the *California Law Review* and was elected to the Order of the Coif. Prior to joining Schatz & Nobel as counsel in 2005, he was an associate at Covington & Burling in Washington, D.C. (1988-1990), an Attorney Advisor at the United States Environmental Protection Agency (1990-1994), and an Assistant Attorney General for the State of Connecticut (1994-2005). He has been lead counsel in numerous cases in federal and state court, and has taught courses in appellate advocacy and administrative law at the University of Connecticut School of Law.

## ASSOCIATES

William Bernarduci received a Bachelor of Science in Business Administration from Bucknell University and graduated *magna cum laude* from New York Law School in 1995, where he was a member of the *New York Law School Law Review*.  Upon graduation, he served as a law clerk for the Honorable Nina Gershon, District Judge, United States District Court Eastern District of New York.  Prior to joining the firm, he represented numerous clients in complex securities litigation at the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP and Dornbush Mensch Mandelstam & Schaeffer, LLP. Mr. Bernarduci is admitted to the Connecticut and New York bars.

Seth R. Klein graduated *cum laude* from both Yale University and, in 1996, from the University of Michigan Law School, where he was a member of the *Michigan Law Review* and the Moot Court Board and where he was elected to the Order of the Coif. After clerking for the Hon. David M. Borden of the Connecticut Supreme Court, Mr. Klein served as an Assistant Attorney General for the State of Connecticut, where he focused on consumer protection matters, and as an associate with the reinsurance litigation group at Cadwalader, Wickersham & Taft LLP in New York.

Wayne T. Boulton is a graduate with honors of the University of Connecticut School of Law.  Since graduating in 1997, Mr. Boulton has focused his practice on litigating complex commercial cases.

Justin S. Kudler graduated from Harvard University *cum laude* in Government in 1995 and from the University of Virginia School of Law in 1999, where he served as Executive Editor of *The Virginia Journal of Law and Technology*.  Before joining Schatz & Nobel in 2002, Mr. Kudler handled securities litigation and other matters at Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. in Boston, Massachusetts.

Eric L. Palmquist graduated from Cornell Law School *magna cum laude* in 1999, where he was a member of the Cornell Law Review and was elected Order of the Coif. Before joining Schatz & Nobel in 2004, Mr. Palmquist worked at Dewey Ballantine LLP in New York and at Axinn Veltrop & Harkrider LLP in Hartford.

Nancy A. Kulesa graduated from Fordham University with a B.A. with honors in International Politics, and from the University of Connecticut School of Law in 2001. Ms. Kulesa also studied International Law at the University of London.

# RESUME OF
# ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

Rosenthal, Monhait, Gross & Goddess, P.A. devotes a substantial portion of its practice to the representation of stockholders in derivative and class actions, primarily in Delaware state and federal courts. Illustrative of the cases in which the firm has participated are the following:

(1)    In re The Walt Disney Company Derivative Litigation, Del. Ch., Cons. C.A. No. 15452. The firm has been Delaware counsel to the plaintiffs in this derivative litigation challenging the employment agreement of and termination payments to a former senior executive. The case has generated three reported decisions to date (805 A.2d 275 (Del. Ch. 2003); 746 A.2d 244 (Del. 2000), and 731 A.2d 342 (Del. Ch. 1998)), and three months of trial from October 2003 through January 2005, in which the firm actively participated. Post-trial briefing is currently ongoing.

(2)    In re NCS Healthcare Inc. Shareholders Litigation, Del. Ch., Cons. C.A. No. 19786 (2003). The firm served as Delaware counsel to shareholders of NCS Healthcare Inc. who asserted that the board of directors of NCS, which had entered into an agreement to be acquired by Genesis Health Ventures Inc., failed to respond appropriately to a competing bid from Omnicare Inc. After the Court of Chancery denied a preliminary injunction, the Delaware Supreme Court reversed and directed the Court of Chancery to enter an order preliminarily enjoining consummation of the Genesis merger agreement. A bidding contest resulted in which Omnicare eventually acquired NCS for consideration valued, in the aggregate, at more than $100 million more than the proposed Genesis merger.

(3)    In re DaimlerChrysler AG Securities Litigation, D. Del., Consol. C.A. No. 01-044-JJF. The firm served as Delaware counsel in an individual action filed on behalf of a group of DaimlerChrysler AG shareholders. The complaint alleged violations of the federal securities laws in connection with the merger between Chrysler Corp. and Daimler-Benz AG. After successfully defending a motion to dismiss (197 F. Supp.2d 42, rehearing denied, 200 F. Supp.2d 439) and a motion for summary judgment (269 F. Supp.2d 508), the Firm's action was settled confidentially.

(4)    In re InaCom Corp. Securities Litigation, D. Del., C.A. No. 00-701 (JJF) (2003). The firm served as liaison counsel in a class action asserting federal securities law claims on behalf of open market purchasers of the defendant corporation's stock. The action was settled with a recovery of approximately $15.9 million for the benefit of class members.

(5)    In re M&F Worldwide Corp. Shareholders Litigation, Del. Ch., Cons. C.A. No. 18502 (2002). The firm served as Delaware counsel to shareholders who challenged a corporate asset acquisition. During trial, defendants agreed to a settlement that required rescission of the transaction. The Court of Chancery placed the value of that benefit at more than $75 million.

(6)    In re Seagate Technology, Inc. Shareholders Litigation, Del. Ch., C.A. No. 17932 (2001). The firm participated in the representation of shareholders who challenged a combined asset sale/merger transaction. A settlement approved by the Court of Chancery provided monetary benefits worth more than $112 million to the shareholder class.

(7)    Sanders v. Wang, Del. Ch., C.A. No. 16640, Steele, V.C. (Nov. 8, 1999). The firm participated in the representation of stockholders who, in a derivative action, obtained a judgment on the pleadings requiring corporate officers to return 9.5 million shares of improperly issued stock, worth more than $450 million. While an appeal was being briefed, the parties agreed to a settlement which required defendants to return 4.5 million shares to the company.

2

(8)    In re Ascent Entertainment Group, Inc. Shareholders Litigation, Del. Ch., C.A. No. 17201. The firm participated in the representation of shareholders who challenged an asset sale; a settlement provided for a new sale process that produced more than $40 million in additional value.

(9)    In re Amdahl Corporation Shareholders Litigation, Del. Ch., C.A. No. 15833 (1997). The firm served as Delaware liaison counsel in a class action challenging a majority shareholder's acquisition of the minority interest in Amdahl Corporation. The action was settled with a recovery of more than $28 million for shareholders.

(10)    In Re Autotote Corporation Securities Litigation, D. Del., C.A. No. 95-63 (MMS). The firm was Co-Liaison Counsel in a class action asserting federal securities law claims on behalf of open market purchasers of the defendant corporation's stock. The action was settled with a recovery worth more than $10 million to class members.

(11)    In re Lin Broadcasting Corporation Shareholders Litigation, Del. Ch., C.A. No. 14039 (1995). The firm participated in the representation of shareholders who challenged an acquisition transaction. As a result of a settlement of the litigation, Lin's public shareholders received additional consideration worth more than $55 million in the transaction as implemented.

(12)    Paramount Communications, Inc. v. QVC Network, Inc., 637 A.2d 34 (Del. 1993). The firm participated in the representation of stockholders who obtained a preliminary injunction against a tender offer for stock of Paramount Communications, Inc.

(13)    Prezant v. DeAngelis, 636 A.2d 915 (Del. 1994). The firm represented investors who successfully objected to a proposed settlement of a securities litigation.

3

(14)    Heineman v. Datapoint Corporation, 611 A.2d 950 (Del. 1992). The firm was one of two principal counsel for a stockholder who prosecuted derivative claims for self-dealing and waste against corporate directors, and secured a settlement valued in excess of $3 million.

(15)    In re Brooke Group Ltd. Litigation, Del. Ch., Cons. C.A. No. 11838. The firm served as co-lead counsel in a class action suit brought on behalf of stockholders of Brooke Group Ltd. concerning a corporate reorganization. In a settlement approved by the Delaware Court of Chancery in 1992, the case resulted in improvements valued in excess of $5 million to the terms of a complex security issued in the transaction.

(16)    Deutsch v. Cogan, 580 A.2d 100 (Del. Ch. 1990). The firm served as co-counsel in a class action lawsuit brought on behalf of stockholders cashed out of their investment in Knoll International, Inc. by a tender offer and merger transaction. In a settlement the Court approved in November 1993, defendants agreed to pay $3.2 million for the benefit of the affected shareholders.

(17)    Hynson v. Drummond Coal Company, Inc., 601 A.2d 570 (Del. Ch. 1991). The firm served as co-counsel in a class action suit brought on behalf of former stockholders of Alabama By-Products Corporation cashed out of their investment by a tender offer and merger transaction. A recovery of $5,000,000 was obtained in a settlement approved by Chancellor William T. Allen in 1990.

The firm attorneys who will principally participate in this matter are Jeffrey S. Goddess and Jessica Zeldin.

### JEFFREY S. GODDESS

Mr. Goddess is a graduate of Brown University (A.B. 1967) and of and the University of Chicago Law School (J.D. 1971). After graduation, he began private law practice in a Wilmington, Delaware firm specializing in the insured defense of negligence cases, and there received extensive trial experience. He was then appointed as City Solicitor for the City of Wilmington, serving for five years, 1997 through 1981. Mr. Goddess returned to private practice, opening the Wilmington office of Saul, Ewing, Remick & Saul, a large Philadelphia-based general practice firm. While there, from 1982-1991, Mr. Goddess began his involvement with corporate litigation, participating in the defense of corporate clients and, at times, the representation of plaintiffs in class and derivative litigation. (Cf. Rubin v. Posner, 701 F. Supp. 1041 (D. Del. 1988)). Mr. Goddess joined the Firm in October, 1991, and since then has increased his focus on corporate and securities litigation.

From 1975 to 1979, Mr. Goddess served as an associate member of the Delaware Supreme Court Censor Committee, the entity then responsible for attorney discipline. In 1980-81, while serving as Wilmington City Solicitor, he was a trustee of the governing board of the National Institute of Municipal Law Officers. From 1995 to 2000, he chaired the Delaware State Bar Association's Administration of Justice Committee, and from 1996 to 2000, he was a board member of the Delaware Trial Lawyers Association.

## JESSICA ZELDIN

Ms. Zeldin is a graduate of Northwestern University (B.A. Political Science, 1992) and Washington University in Saint Louis, where, in 1995, she earned both a J.D. (Order of the Coif) and M.A. in East Asian Studies. In Law School, Ms Zeldin was an editor of the <u>Washington University Law Journal</u> and authored *Disabling Employers: Problems with the ADA's Confidentiality Requirements in Unionized Workplaces*, 73 WASH. U.L.Q. 737 (1995).

After graduation, Ms. Zeldin joined the Wilmington law firm of Morris, Nichols, Arsht & Tunnell. She was admitted to the Delaware bar and focused her practice on corporate litigation. Ms. Zeldin represented directors, officers and general partners in national and statewide class and derivative actions, in both state and federal court. Ms. Zeldin also counseled shareholders and was heavily involved in plaintiffs' prosecution of the <u>In re DaimlerChrysler AG Securities Litigation</u>, D. Del., Consol. C.A. No. 01-044-JJF.

Ms. Zeldin joined the Firm in 2003. Since that time, her practice has focused almost exclusively on shareholder representation, including corporate and securities litigation. She has worked on behalf of shareholders in class actions, state law appraisal proceedings and derivative litigation.

Ms. Zeldin is a current member of the Delaware State Bar Association Executive Committee. She is also an adjunct member of the District of Delaware Local Rules Committee. In the past, Ms. Zeldin has served as President, Vice President and Secretary of the Women and the Law Section of the Delaware State Bar, as well as a member of: the Roxana Arsht Scholarship Steering Committee, the Administration of Justice Committee, the CLE Committee and the Ad-Hoc Diversity Committee.