IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| ROBERT H. AYLOR, JR., On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS,<br><br>Defendants. | Case No. 1:05-cv-00222 (SLR) |

[Caption continues on next page]

## MOTION OF THE JAMES GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

                                      **MILBERG WEISS BERSHAD & SCHULMAN LLP**
                                      Seth D. Rigrodsky (#3147)
                                      Ralph N. Sianni (#4151)
                                      919 N. Market Street, Suite 411
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 984-0597
                                      --and--
                                      **MILBERG WEISS BERSHAD & SCHULMAN LLP**
                                      Steven G. Schulman
                                      David P. Brower
                                      Peter E. Seidman
                                      Sharon M. Lee
                                      One Pennsylvania Plaza - 49th Floor
                                      New York, NY 10119
                                      Telephone: (212) 594-5300

| | |
|---|---|
| **HOLMAN LAW OFFICE**<br>Thomas A. Holman<br>One Pennsylvania Plaza — Suite 4632<br>New York, N.Y. 10119<br>Telephone: (212) 699-4596<br><br>*Plaintiff's Counsel*<br><br>Dated: June 14, 2005 | **STULL, STULL & BRODY**<br>Jules Brody<br>Aaron Brody<br>Tzivia Brody<br>6 East 45th Street<br>New York, New York 10017<br>Telephone: (212) 687-7230<br><br>*Proposed Lead Counsel* |

| | |
|---|---|
| MOSHE TAL, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS,<br><br>                Defendants. | Case No. 1:05-cv-00242 (SLR) |
| MICHAEL FEHRENBACHER, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, M.D. STEVEN A. NEWMAN and THOMAS D. DAVIS,<br><br>                Defendants. | Case No. 1:05-cv-00256 (SLR) |
| JEFFREY M. JASKOL and STACEY J. JASKOL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS,<br><br>                Defendants. | Case No. 1:05-cv-00268 (SLR) |

**Caption continues on next page]**

| | |
|---|---|
| JOSEPH DANIEL WAUHOP, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN and GRANT THORNTON LLP,<br><br>Defendants. | Case No. 1:05-cv-00310 (SLR) |
| [CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON and RICHARD W. DEARBORN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS and BRUCE C. HAYDEN,<br><br>Defendants. | Case No. 1:05-cv-00334 (JJF) |
| CHARLES W. SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON LLP,<br><br>Defendants. x | Case No. 1:05-cv-00354 (SLR) |

Class members Kenneth James, La Rocca Pietro, Michael A. Farmakis, David S. Pennington, and Christina Donnelly (collectively, the "James Group" or "Movant"), upon the accompanying Declaration of Ralph Sianni, dated June 14, 2005, the accompanying memorandum of law in support, and upon all other papers and prior proceedings had herein, hereby move this Court for an Order:

(A) consolidating the above-captioned actions;

(B) appointing the James Group as Lead Plaintiff;

(C) approving the James Group's choice of Milberg Weiss Bershad & Schulman LLP and Stull, Stull & Brody as Lead Counsel; and

(D) Granting such other and further relief as may be just, proper and equitable.

DATED: June 14, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By ___/s/ Ralph N. Sianni___
  Seth D. Rigrodsky (#3147)
  Ralph N. Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
Tel.: (302) 984-0597

--and--

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
David P. Brower
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Tel.: (212) 594-5300

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
Tzivia Brody
6 East 45th Street
New York, New York 10017
Tel.: (212) 687-7230
Fax.: (212) 490-2022

*Proposed Lead Counsel*

**HOLMAN LAW OFFICE**
Thomas A. Holman
One Pennsylvania Plaza — Suite 4632
New York, N.Y. 10119
Tel.: (212) 699-4596
Fax.: (212) 947-9967

*Plaintiff's Counsel*