## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties listed on the attached service list on this 14th day of June 2005:

>DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF THE JAMES GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)

Xybernaut Corporation

## SERVICE LIST

*Counsel for Plaintiffs:*

Thomas A. Holman
**HOLMAN LAW OFFICE**
One Pennsylvania Plaza - Suite 4632
New York, NY 10119
212.699.4596 (Tel)
212.947.9967 (Fax)

James E. Miller
Patrick A. Klingman
Karen M. Leser
**SHEPERD, FINKELMAN, MILLER & SHAH, LLC**
65 Main Street
Chester, CT 06412
860.526.1100 (Tel)
860.526.1120 (Fax)

Jack Landskroner
Paul Grieco
**LANDSKRONER, GRIECO, MADDEN, LTD.**
1360 West 9th Street, Suite 200
Cleveland, OH 44113
216.522.9000 (Tel)
216.522.9007 (Fax)

William B. Federman
Wm. Pat Wasson
**FEDERMAN & SHERWOOD**
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
405.235.1560 (Tel)
405.239.2112 (Fax)

Jessica Zeldin
**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
302.656.4433 (Tel)
302.658.7567 (Fax)

Scott R. Sheperd
James C. Shah
**SHEPERD, FINKELMAN, MILLER & SHAH, LLC**
35 East State Street
Media, PA 19063
610.891.9880 (Tel)
610.891.9883 (Fax)

Andrew M. Schatz
Jeffrey S. Nobel
**SCHATZ & NOBEL**
One Corporate Center
20 Church Steet
Hartford, CT 06103
860.493.6292 (Tel)
860.493.6290 (Fax)

Jules Brody
Aaron Brody
Tzivia Brody
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
212.687.7230 (Tel)
212.490.2022 (Fax)

| | |
|---|---|
| Joseph H. Weiss<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY  10176<br>212.682.3025 (Tel)<br>212.682.3010 (Fax) | Pamela S. Tikellis<br>Robert J. Kriner<br>A. Zachary Naylor<br>Robert Davis<br>**CHIMICLES & TIKELLIS LLP**<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE  19899<br>302.656.2500 (Tel)<br>302.656.9053 (Fax) |
| Bruce Murphy<br>**LAW OFFICE OF BRUCE MURPHY**<br>265 Llwyds Ln.<br>Vero Beach, FL  32963<br>772.231.4202 (Tel)<br>772.234.6608 (Fax) | Eric J. Belfi<br>**MURRAY, FRANK & SAILER LLP**<br>275 Madison Avenue - 8th Floor<br>New York, NY  10016<br>212.682.1818 (Tel)<br>212.682.1892 (Fax) |
| Steven J. Toll<br>Daniel S. Sommers<br>Jason M. Leviton<br>Scott L. Adkins<br>**COHEN, MILSTEIN, HAUSFELD<br> & TOLL, P.L.L.C.**<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC  20005<br>202.408.4600 (Tel)<br>202.408.4699 (Fax) | Lionel Z. Glancy<br>Michael Goldberg<br>Dale MacDiarmid<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>301.201.9150 (Tel)<br>301.201.9160 (Fax) |
| Robert M. Roseman<br>Andrew D. Abromowitz<br>**SPECTOR, ROSEMAN & KODROFF, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>215.496.0300 (Tel)<br>215.496.6611 (Fax) | |

*Counsel for Defendants:*

| | |
|---|---|
| Robert Plotkin<br>**MCGUIRE & WOODS LLP**<br>Washington Square<br>1050 Connecticut Avenue, NW<br>Suite 1200<br>Washington, DC 20036<br>202.857.1700 (Tel)<br>202.857.1737 (Fax)<br><br>*Counsel for Xybernaut Corporation* | Edward M. Posner<br>Susan M. Kennedy<br>**DRINKER BIDDLE & REATH, LLP**<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA<br>215.988.2700 (Tel)<br>215.988.2757 (Fax)<br><br>*Counsel for Thomas D. Davis* |
| Laurence V. Cronin<br>**SMITH, KATZENSTEIN, FURLOW LLP**<br>The Corporate Plaza<br>800 Delaware Ave.<br>P.O. Box 410<br>Wilmington, DE 19899<br>302.652.8400 (Tel)<br>302.652.8405 (Fax)<br><br>*Counsel for Grant Thornton LLP* | Mark W. Ryan<br>Andrew J. Morris<br>**MAYER, BROWN, ROWE & MAW**<br>1909 K Street<br>Washington, DC 20006<br>202.263.3252 (Tel)<br>202.263.3300 (Fax)<br><br>*Counsel for Grant Thornton LLP* |
| Bernard J. DiMuro<br>John M. Tran<br>**DIMURO, GINSBERG & MOOK, P.C.**<br>908 King Street, Suite 200<br>Alexandria, VA 22314<br>703.684.4333 (Tel)<br>703.548.3181 (Fax)<br><br>*Counsel for Edward Newman* | Michael F. Bonkowski<br>**SAUL EWING LLP**<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>302.421.6863 (Tel)<br>302.421.5869 (Fax)<br><br>*Counsel for Edward Newman* |
| Robert Scully, Jr.<br>**REES, BROOME & DIAZ, P.C.**<br>8133 Leesburg Pike<br>Ninth Floor<br>Vienna, VA 22182<br>703.790.1911 (Tel)<br>703.848.2530 (Fax)<br><br>*Counsel for Steven Newman* | Bruce C. Hayden<br>c/o **XYBERNAUT CORPORATION**<br>12701 Fair Lakes Circle, Suite 550<br>Fairfax, VA 22033<br>703.631.6925 (Tel) |