IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL FEHRENBACHER<br><br>Plaintiffs,<br><br>v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP,<br><br>Defendants. | Case No. 05-256-SLR<br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel for the respective parties, as follows:

1. Drinker Biddle & Reath LLP is authorized to accept on behalf of defendant Thomas D. Davis, and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Thomas Davis's defenses except as to sufficiency of service of process;

2. The time for Thomas Davis to move, answer or otherwise respond to the complaint in this action is hereby extended to and including forty-five (45) days after the later of: (a) the Court's selection of a lead plaintiff pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78a, *et seq.*, as amended by the private Securities Litigation Reform Act of 1995 (the "PSLRA"), or (b) the date on which an amended consolidated complaint, if any, is served upon counsel for Thomas Davis.

Dated: June 28, 2005                        Dated: June 29, 2005

PHLIT\529213\1

CHIMICLES & TIKELLIS LLP

By: /s/ Robert Davis
Pamela S. Tikellis (#2172)
Robert J. Kriner (#2546)
A. Zachary Naylor (#4439)
Robert Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
(302) 656-2500

*Plaintiff's Counsel*

DRINKER BIDDLE & REATH LLP

By: /s/
William T. Quillen (#179)
David P. Primack (#4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 (Tel)
(302) 467-4201 (Fax)

--and--

DRINKER BIDDLE & REATH LLP
Edward M. Posner
Susan M. Kennedy
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 988-2700 (Tel)
(215) 988-2757 (Fax)
*Counsel for Defendant*
*Thomas D. Davis*

SO ORDERED.

Dated: _____, 2005

_____
United States District Judge

PHLIT\529213\1                                    - 2 -