IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL FEHRENBACHER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-256-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 17th day of August, 2005, defendant Xybernaut Corporation having filed a Notice of Bankruptcy with the court on August 1, 2005 (D.I. 30);

IT IS ORDERED that said defendant shall be terminated as an active party in the above-captioned case until further order of the court.

                                                                                         /s/ _____
                                                             United States District Judge